U.S. DISTRICT COURT
NORTHERN...
FILED
APR - 1 2022
CLERK, U.S. DISTRICT COURT
Deputy

2-22CV-071-?

# Complaint

This is A Civil Action Authorized by 42 U.S.C. Section 1983 To Redress the deprivation, under Color of state law, of Rights secured by the Constitution of the united states. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3) Plaintiff Seeks equal protection of the law of the united States ware the Hodge unit prison officials Fill that they untouch Able Because they have people in Amarillo At the Federal Court which is the Northern District of Texas that is Droping All my law suits on the prison officials do to interested partys and Droping Restraining orders. and Computer Fraud that is the Reason Why the prison officials are Repeating there same more Crimes. Declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202 Plaintiff's Claims For injunctive Relief are Authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the federal Rule of Civil procedure

Now Comes Chansler Mallard move the Court to Grant this Complaint ware the prison officials are have my law Suits and Computer Fraud and Restraining Orders. like the Commissary women miss Krick is Steel Roding For my money off my Books and miss Krick and the officers like Sergeant Gray and officer Gillary are keeping inmates From making Commissary Because they Now I Am A Hustling I do not Need to go to Commissary so they are taking it out on the inmates and not leting them go to Commissary and mainly the inmates that owe me money and miss Krick is Still purchasing Commissary of my Books and giving it to the inmates and officer Eason is steel Violating the Restraining order so pleas Find out who is Droping my 1983 Complaints

in Amarillo Texas At the Northorn District of Texas At the Federal Building. these peoples are Reincarating humen Being From white to Black and From Black to white and From Mexican to white So please check these to see what Race they are By Doing A D.N.A. Test. on All these I have wrote Complaints on. these are some very File Road people that work near on the Hodge unit. the prison officials are starting A whole of Shit Behind homosexual ways and imoral and Fornication practices. these people are still poisoning me through the inmates so please Reopen those lAw Suits I have on the officers that are poisoning me and the officers have not took me out this pRison to have me Reincarated that is the Reason why they are still coming to work Because they have not Accomplish there goAl of kidnaping me and I need to Add Gillary which is Another officer stalking me I need A Restraining order on officer Gillary he think he can lock me up with the help of other officers I pray that you All except this Complaint.

Case 2:22-cv-00071-Z-BR    Document 3    Filed 04/01/22    Page 3 of 3    PageID 7

